# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** [_____]

**Case Name** [_____]

Requesting Party Name(s) [_____]

I am:  ○ The party requesting the extension.
       ○ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☐ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated [_____]
☐ Other (*you **must** describe the document*)
[_____]

The requested new due date is: [_____]

I request the extension of time because (**cannot be left blank**):
(attach additional pages if necessary)

[_____]

**Signature** [_____] **Date** [_____]
(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**  1  *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

    This motion is my [_____] request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [_____].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [_____] **Date** [_____]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**      2     *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the _____ brief.

    *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: _____

3. The brief's first due date was: _____

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

5. The position of the other party/parties regarding this request is:

    ☐ Unopposed.

    ☐ Opposed by *(name of party/parties opposing this motion)*:

    ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☐ The court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7. ☐ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** _____ **Date** _____

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                 3                 *New 12/01/2018*

## Exhibit 1 – Reason for Extension

Appellant respectfully requests an additional 30-day extension. Although the Ninth Circuit issued the case number on August 8, 2025, the district court did not timely post the case notice on PACER, causing Appellant to receive official notice of the appeal only on August 28, 2025—about twenty days after the case number was issued.

Appellant previously filed an automatic extension request on September 3, 2025, and now seeks a further 30-day extension in order to reasonably schedule and fully prepare the opening brief. The opening brief is currently due on November 17, 2025, making the total period from the date Appellant received the case number to the filing deadline approximately 80 days.

## Exhibit 2-Supplemental Reason for Extension

As a first-time appellant before the Court of Appeals, Appellant seeks to pursue this case with the professionalism expected of counsel. Appellant respectfully requests an additional 30-day extension. Although the Ninth Circuit issued the case number on August 8, 2025, the district court did not timely post the case notice on PACER, so Appellant did not receive official notice of the appeal until August 28, 2025—about twenty days after the number was issued.

Appellant previously filed an automatic extension request on September 3, 2025. Granting a further 30-day extension will allow Appellant, acting diligently and in good faith, to complete a thoroughly prepared opening brief and ensure that the Court receives a record that is both well-supported and comprehensive. From the date Appellant actually received the case number until the requested deadline of November 17, 2025, the total period amounts to approximately 80 days.