# No. 25-5017

## IN THE

# United States Court of Appeals
# for the Ninth Circuit

---

Lianlian    Porth,

*Plaintiff–Appellant,*

**v.**

Payward Inc. and Payward Ventures Inc.,

*Defendants–Appellees.*

---

On Appeal from the United States District Court
for the Northern District of California
No. 3:25-cv-01885-VC
Hon. Vince Chhabria

---

**Appellant's Motion for Judicial Notice (Fed. R. Evid. 201)**

**Declaration**

**Certificate of Service**

---

Lianlian Porth
Lhkc_25@outlook.com
408-381-9986
P.O BOX 267,San Lorenzo, CA 94580

October 20, 2025        **Pro Se -*Plaintiff-Appellant***

# Table of Contents

I. Purpose of the Motion------------------------------------------page 1;

II. Legal Basis----------------------------------------------------page 2;

III. TWO Matters for Judicial Notice and Supporting

     Evidence--------------------------------------------------page 3;

IV. Prayer for Relief----------------------------------------------page 5;

V. Conclusion and Signature---------------------------------------page 5

# I. Purpose of the Motion

On July 17, 2025, the District Court dismissed the case (Case No. 3:25-cv-01885-VC) on the ground that diversity jurisdiction was lacking, based on the conclusion that both Plaintiff and Defendants are citizens of California.

The core basis of the order rested on the premise that both parties are citizens of California; however, the District Court did not provide any further explanation or citation to evidence in support of that premise in its ruling. The District Court further determined that the purported jurisdictional defect was incurable, and therefore dismissed the complaint without leave to amend. (See Exhibit 1 — District Court's Order of Dismissal.)

As this premise concerns the core elements of federal subject-matter jurisdiction—Complete Diversity and the determination of Corporate Citizenship. Appellant Lianlian Porth, pursuant to Federal Rule of Evidence 201, respectfully requests that this Court take Judicial Notice of certain key facts that are directly relevant to the proper determination of diversity jurisdiction in this case.

All facts identified in this motion are drawn from public, authoritative, and verifiable sources whose accuracy cannot reasonably be questioned. These facts bear directly on:

1.1 Whether this case meets the statutory prerequisites for federal

diversity jurisdiction; and

1.2 The true state of incorporation and principal place of business of the Appellee corporations.

## II. Legal Basis

This motion is brought pursuant to Federal Rule of Evidence 201, which authorizes the Court to take judicial notice of certain facts when specific conditions are met.

Under Rule 201(a)–(c) and (f):

> 1. A court may take judicial notice at any stage of the proceeding, including on appeal;
>
> 2. The proper subjects of judicial notice are facts that are accurately and readily determined from sources whose accuracy cannot reasonably be questioned; and
>
> 3. When the accuracy of such facts cannot reasonably be disputed, the court may properly recognize them without the need for further evidentiary proof.

In the Ninth Circuit, the principle is well established. As the Court held in *Lee v. City of Los Angeles*, 250 F.3d 668, 688–90 (9th Cir. 2001), a court may take judicial notice of matters of public record under Rule 201(b), so long as the fact in question is not subject to reasonable dispute.

# III. TWO Matters for Judicial Notice and Supporting Evidence

## 3.1 Request for Judicial Notice No. 1--Legal Status of Appellee Payward, Inc.

According to the official business records publicly available on the California Secretary of State's website, the Appellee Payward, Inc. (Filing Date: August 2, 2013; Due Date: August 31, 2026) is not incorporated in the State of California, but rather incorporated in the State of Delaware, with its principal business address located at 1603 Capitol Avenue, Suite 517B, Cheyenne, Wyoming 82001.

The same official record identifies Payward , Inc. as a "Stock Corporation – Out of State – Stock," which under California Corporations Code §167 constitutes a foreign corporation registered to conduct business in California.

This information is derived from the official public filings maintained by the California Secretary of State (Official Business Search), which constitute authoritative public records that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.Accordingly, Appellant respectfully requests that this Court take Judicial Notice, pursuant to Federal Rule of Evidence 201, of the

existence and contents of the official California Secretary of State registration record for Payward, Inc.

**Supporting Evidence：** Exhibit 2 —CA SOS Business Entity Records for Payward, Inc.

### 3.2 Request for Judicial Notice No. 2--Legal Status of Appellee Payward Ventures, Inc.

According to the official business records publicly available on the California Secretary of State's website, the Appellee Payward Ventures, Inc. (Filing Date: August 2, 2013; Due Date: August 31, 2026) is likewise incorporated in the State of Delaware, with its principal business address located at 1603 Capitol Avenue, Suite 517B, Cheyenne, Wyoming 82001.

The same official record identifies Payward Ventures, Inc. as a "Stock Corporation – Out of State – Stock," which under California Corporations Code §167 constitutes a foreign corporation registered to conduct business in California.

This information is drawn from the California Secretary of State's Official Business Search, an authoritative and publicly verifiable source whose accuracy cannot reasonably be disputed.Accordingly, Appellant respectfully requests that this Court take Judicial Notice, pursuant to Federal Rule of Evidence 201, of the existence and contents of the official California Secretary of State registration record for Payward Ventures, Inc.

**Supporting Evidence :** Exhibit 3—CA SOS  Business Entity Records for Payward Ventures Inc

## IV. Prayer for Relief

For the foregoing reasons, and based upon the supporting evidence submitted herein, Appellant Lianlian Porth respectfully requests that this Honorable Court, pursuant to Federal Rule of Evidence 201, take Judicial Notice of the following facts, each of which can be accurately and readily determined from authoritative public sources and is not subject to reasonable dispute:

4.1  The Appellee Payward, Inc. is a corporation incorporated in the State of  Delaware and maintains its principal place of business in the State of Wyoming. It is authorized to conduct business in California as a foreign corporation.

4.2 The Appellee Payward Ventures, Inc. is a corporation incorporated in the State of  Delaware and maintains its principal place of business in the State of Wyoming. It is authorized to conduct business in California as a foreign corporation.

## V. Conclusion and Signature

For the reasons stated above, Appellant respectfully requests that this Court take Judicial Notice of the foregoing facts pursuant to Federal

Rule of Evidence 201, as they are derived from public records whose

accuracy cannot reasonably be questioned and are essential to the proper

determination of federal diversity jurisdiction in this appeal.

Respectfully submitted,

Dated: October 20, 2025        Signature: /s/ Lianlian Porth

                                              Appellant (Pro Se): Lianlian Porth

# Declaration

I, Lianlian Porth, hereby declare as follows:

1 . I am the Appellant in the above-captioned case (Docket Number: 25-5017) and am proceeding pro se in this matter.

2 . Exhibits 2 and 3 attached to this Motion are true and complete copies of the official business entity records that I personally downloaded and saved from the California Secretary of State's official website on October 15, 2025, and October 20, 2025, respectively.

3 . The contents of these documents are derived entirely from an authoritative public source. They have not been altered or modified in any way and accurately reflect the current status of those records as they appear in the public system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, accurate, and complete.

Date: October 20, 2025.

Signature: /s/ Lianlian Porth

Appellant (Pro Se): Lianlian Porth

# Certificate of Service

I hereby certify that on October 20, 2025, the Appellant personally filed the foregoing Appellant's Motion for Judicial Notice electronically with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the CM/ECF system, which will automatically serve notice of this filing to all counsel of record for the Appellees.

**Signature:  /s/ Lianlian Porth**

**Appellant, Pro Se  Lianlian Porth**

# Exhibit 1

District Court's Order of Dismissal
07/17/2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANLIAN PORTH,<br><br>       Plaintiff,<br><br>v.<br><br>PAYWARD, INC., et al.,<br><br>       Defendants. | Case No.  25-cv-01885-VC<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 15 |

      The motion to dismiss is granted for lack of subject matter jurisdiction. This order assumes the reader's familiarity with the facts, relevant legal standards, and arguments made by the parties.

      There is no diversity jurisdiction because the parties are both citizens of California. There is also no federal question jurisdiction. Porth brings several state law claims such as fraudulent concealment, fraudulent misrepresentation, interference with inheritance rights, and conversion[1] based on Payward's alleged provision of false information about the amount contained in her late husband's account and obstruction of her ability to access those assets. Although Porth mentions several federal laws as relevant to those state law claims, the complaint does not "necessarily raise a stated federal issue, actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance of federal and state judicial responsibilities." *Gunn v. Minton*, 568 U.S. 251, 258 (2013) (quoting *Grable & Sons Metal Products v. Darue Engineering & Manufacturing*, 545 U.S. 308, 314 (2013). None of the federal issues are necessary to proving her state law claims nor are they substantial questions that would

---

[1] This claim is titled "property torts" in the complaint and is best construed as a claim for conversion.



be important to resolve for the "federal system as a whole." *Id.* at 260.[2]

Further, to the extent Porth seeks to obtain her husband's remaining assets in Payward's accounts, this Court also lacks jurisdiction under the probate exception, which "reserves probate matters to state probate courts and precludes federal courts from disposing of property in the custody of a state court." *Goncalves By & Through Goncalves v. Rady Children's Hospital San Diego*, 865 F.3d 1237, 1251 (9th Cir. 2017).

Because it's clear that Porth would not be able to cure the jurisdictional defects in her complaint, dismissal is without leave to amend. This ruling does not preclude Porth from seeking to vindicate any rights she may have in state court. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 17, 2025

VINCE CHHABRIA
United States District Judge

---

[2] In the complaint, Porth pleads a claim under the federal Bank Secrecy Act, Anti-Money Laundering Act, and Know Your Customer regulations. *See* Complaint at 84, Dkt. No. 1-1. There is no private right of action under these federal laws and regulations, which Porth appears to concede in her opposition brief. *See Venture General Agency, LLC v. Wells Fargo Bank, N.A.*, 2019 WL 3503109, at *7 (N.D. Cal. Aug. 1, 2019) (citing cases); Opposition at 9, Dkt. No. 19. Instead, Porth argues in the opposition that these federal laws are a necessary and substantial component of her underlying state law claims. *See* Opp. at 9.

# Exhibit 2

CA SOS  Business Entity Records for

Payward, Inc

California
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

### Advanced Search

PAYWARD, INC. (3599291)



Request
Certificate

| | |
|---|---|
| *Initial Filing Date* | 09/03/2013 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 1603 CAPITOL AVE SUITE 517B CHEYENNE, WY 82001 |
| *Mailing Address* | 1603 CAPITOL AVE SUITE 517B CHEYENNE,WY82001 |
| *Statement of Info Due Date* | 09/30/2026 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |

10/15/25, 2:24 AM

Search | California Secretary of State

Business     UCC

Home

Search

Forms

Help

other than active.

*An Advanced search allows for
searching by specific entity types
(e.g., Nonprofit Mutual Benefit
Corporation) or by entity groups
(e.g., All Corporations) as well as
searching by ?begins with? specific
search criteria.*

**Disclaimer:** *Search results are limited
to the 500 entities closest matching the
entered search criteria. If your desired
search result is not found within the 500
entities provided, please refine the
search criteria using the Advanced
search function for additional
results/entities. The California Business
Search is updated as documents are
approved. The data provided is not a
complete or certified record.*

*Although every attempt has been made
to ensure that the information
contained in the database is accurate,
the Secretary of State's office is not
responsible for any loss, consequence,
or damage resulting directly or
indirectly from reliance on the accuracy,
reliability, or timeliness of the
information that is provided. All such
information is provided "as is." To order
certified copies or certificates of status,
(1) locate an entity using the search;
(2)select Request Certificate in the right-
hand detail drawer; and (3) complete
your request online.*



payward                      🔍

Advanced ⌄

Results: 7

| Entity Information | Initial Filing Date | Stat |
|---|---|---|
| Payward Financial, Inc. (5297451) > | 10/18/2022 | Activ |
| Payward Interactive LLC | 01/05/2024 | Inact |

## PAYWARD, INC. (3599291)



Request
Certificate

| | |
|---|---|
| Initial Filing Date | 09/03/2013 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 1603 CAPITOL AVE SUITE 517B CHEYENNE, WY 82001 |
| Mailing Address | 1603 CAPITOL AVE SUITE 517B CHEYENNE,WY82001 |
| Statement of Info Due Date | 09/30/2026 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |

10/15/25, 2:24 AM

Search | California Secretary of State

Home

Search

Forms

Help

Business    UCC

(6043481)

| Payward Interactive, Inc. (6189961) | > | 04/16/2024 | Activ |
| PAYWARD OPERATIONS LLC (202358718207) | > | 08/25/2023 | Activ |
| PAYWARD VENTURES TRADING LLC (202253715513) | > | 12/15/2022 | Activ |
| PAYWARD VENTURES, INC. (3593001) | > | 08/02/2013 | Activ |
| PAYWARD, INC. (3599291) | > | 09/03/2013 | Activ |

## PAYWARD, INC. (3599291)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 09/03/2013 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 1603 CAPITOL AVE SUITE 517B CHEYENNE, WY 82001 |
| Mailing Address | 1603 CAPITOL AVE SUITE 517B CHEYENNE,WY82001 |
| Statement of Info Due Date | 09/30/2026 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |

# Exhibit 3

CA SOS  Business Entity Records for

Payward Ventures, Inc

California
*Secretary of State*

Business     UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

**Basic Search**

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest*

## PAYWARD VENTURES, INC. (3593001)



Request
Certificate

| | |
|---|---|
| Initial Filing Date | 08/02/2013 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 1603 CAPITAL AVE SUITE 517B CHEYENNE, WY 82001 |
| Mailing Address | 1603 CAPITAL AVE SUITE 517B CHEYENNE,WY82001 |
| Statement of Info Due Date | 08/31/2026 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |

| Business | UCC |

Home

Search

Forms

Help

keyword search. The *Advanced* search allows for a ? *starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

### *Advanced Search*

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

## PAYWARD VENTURES, INC. (3593001)



**Request Certificate**

| | |
|---|---|
| Initial Filing Date | 08/02/2013 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 1603 CAPITAL AVE SUITE 517B CHEYENNE, WY 82001 |
| Mailing Address | 1603 CAPITAL AVE SUITE 517B CHEYENNE,WY82001 |
| Statement of Info Due Date | 08/31/2026 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |

Search | California Secretary of State



| Business | UCC |

Advanced ⌄

PAYWARD VENTURES, INC. (3593001)

Results: 4

**Request Certificate**

| Entity Information | Initial Filing Date | Sta |
|---|---|---|
| Payward Financial, Inc. (5297451) | 10/18/2022 | Acti |
| Payward Interactive, Inc. (6189961) | 04/16/2024 | Acti |
| PAYWARD VENTURES, INC. (3593001) | 08/02/2013 | Acti |
| PAYWARD, INC. (3599291) | 09/03/2013 | Acti |

| | |
|---|---|
| Initial Filing Date | 08/02/2013 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 1603 CAPITAL AVE SUITE 517B CHEYENNE, WY 82001 |
| Mailing Address | 1603 CAPITAL AVE SUITE 517B CHEYENNE,WY82001 |
| Statement of Info Due Date | 08/31/2026 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |

Home

Search

Forms

Help

10/20/25, 3:04 PM