**Appeal No. 25-5017**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

Lianlian Porth,

*Plaintiff-Appellant*,

v.

Payward, Inc. and Payward Ventures, Inc.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the Northern
District of California in Case No. 3:25-cv-01885
Honorable Vince Chhabria

_____

**APPELLEES' OPPOSITION TO MOTION TO STRIKE**

_____

                                      Kimberly A. Pallen (SBN 288605)
                                      **Withers Bergman LLP**
                                      909 Montgomery Street, Suite 300
                                      San Francisco, California 94133
                                      Telephone: 415.872.3200

                                      *Attorneys for Defendants-Appellees
                                      Payward, Inc. and Payward Ventures, Inc.*

## **TABLE OF CONTENTS**

**Page**

TABLE OF AUTHORITIES ................................................................................. ii

I. THE MOTION TO STRIKE SHOULD BE DENIED ..................................... 1

II. CONCLUSION ................................................................................................ 3

## TABLE OF AUTHORITIES

Page(s)

**Cases**

*Bunker v. Buccinio*,
  2025 WL 2815498 (C.D. Cal. July 15, 2025) ..................................................... 2

*Goncalves By & Through Goncalves v. Rady Children's Hosp. San Diego*,
  865 F.3d 1237 (9th Cir. 2017) .......................................................................... 2

**Rules**

Fed. R. App. P. 28(b) ............................................................................................. 1

Fed. R. App. P. 28(d) ............................................................................................. 1

Fed. R. App. P. 32 ................................................................................................. 1

I. **THE MOTION TO STRIKE SHOULD BE DENIED**

Defendants-Appellees Payward, Inc. and Payward Ventures, Inc. (together, "Payward") submit this opposition in response to Plaintiff-Appellant Lianlian Porth's Motion to Strike Appellee's Answering Brief. (Dkt. 26.1.)[1]

Porth argues Payward's Answering Brief should be stricken pursuant to Federal Rules of Appellate Procedure 28(b) and 32 because Payward defines both Appellee entities—Payward, Inc. and Payward Ventures, Inc.—collectively as "Payward." (*See generally* Dkt. 26.1.) Porth raised this same baseless argument in the District Court (where it was rightly ignored), and in her Opening Brief. (Dkt. 13.1 at 1-2, 5, 11-13.) For the reasons set forth in Payward's Answering Brief, this argument is meritless and should be rejected. (Dkt. 20.1 at 2, 9, 18.) Defining related entities collectively in a brief is customary and complies with the requirements of Federal Rules of Appellate Procedure, including Rule 28(d), to make references to the parties "clear" and use the parties' "designations used in the lower court." Fed. R. App. P. 28(d); *see* ECF No. 39 at 1-2 (District Court referring to Payward, Inc. and Payward Ventures, Inc. collectively as "Payward"); 1-SER-2–3 (same).

---

[1] "ECF No." cites refer to the docket for the United States District Court for the Northern District of California (the "District Court") in the underlying case, *Porth v. Payward, Inc., et al.*, Case No. 3:25-cv-01885-VC. "Dkt." cites refer to this Court's docket.

1

In any case, Porth's Motion confirms that the probate exception to federal subject matter jurisdiction applies and that the District Cout's Order should be affirmed. (*See* Dkt. 20.1 at 10-11.) Porth argues this dispute arises from (1) "[Payward's] failure to comply with a final and effective probate distribution order issued by the California Probate Court on December 21, 2022," (Dkt. 26.1 at 1); (2) the "probate court's adjudication of the estate proceedings"; (3) "[Payward's alleged] failure to comply with court-directed subpoena procedures," (4) "the completion of the probate distribution confirming [Porth's] entitlement to one hundred percent of the estate"; and (5) "[Payward's alleged] subsequent failure to carry out the court-ordered distribution," which "prevented [Porth] from obtaining the property and property-related information to which she was lawfully entitled." (Dkt. 26.1 at 2.) Porth's characterization of her own allegations confirms that she is seeking to enforce a probate court order and seeking return of assets in the custody of the California probate court, which federal courts are precluded from doing. *See Goncalves By & Through Goncalves v. Rady Children's Hosp. San Diego*, 865 F.3d 1237, 125152 (9th Cir. 2017); *see also Bunker v. Buccinio*, 2025 WL 2815498, at *5 (C.D. Cal. July 15, 2025); *see* Dkt. 20.1 at 2, 9, 18.

## II. CONCLUSION

For the above reasons, Payward respectfully requests that Porth's Motion be denied.

DATED: February 17, 2026         WITHERS BERGMAN LLP


                                 By: */s/ Kimberly A. Pallen*
                                     Kimberly A. Pallen
                                     *Attorneys for Defendants-Appellees*
                                     *Payward, Inc. and Payward Ventures, Inc.*

# CERTIFICATE OF COMPLIANCE
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 8.**

**9th Cir. Case Number(s)**: 25-5017

I am the attorney or self-represented party.

**This response contains 443 words**, including 0 words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The response's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief (select only one):

[**X**] complies with the word limit of Cir. R. 27(d)(2)(A) and Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[ ] is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because (*select only one*):

    [ ] it is a joint brief submitted by separately represented parties.

    [ ] a party or parties are filing a single brief in response to multiple briefs.

    [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).


**Signature**: /s/ Kimberly A. Pallen      **Date**: February 17, 2026

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 25-5017

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[x] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[x] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Lianlian Porth, Pro Se Appellant
P.O. Box 267
San Lorenzo, California 94580

Email: Lhkc_25@outlook.com

**Description of Document(s)** *(required for all documents)*:

Appellees' Opposition to Motion to Strike

**Signature** | /s/ Kimberly A. Pallen | **Date** | Feb 17, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 15** Rev. 12/01/2018