**No. 25-5017**

IN THE

# United States Court of Appeals
# for the Ninth Circuit

———————————

Lianlian   Porth,

*Plaintiff–Appellant,*

**V.**

Payward Inc. and Payward Ventures Inc.,

*Defendants–Appellees.*

———————————

On Appeal from the United States District Court
for the Northern District of California
No. 3:25-cv-01885-VC
Hon. Vince Chhabria

———————————

**NOTICE OF NON-COMPLIANCE WITH NINTH CIRCUIT**

**RULE 30-1.3 REGARDING APPELLEES' EXCERPTS OF**

**RECORD (ER)**

———————————

Lianlian Porth
Lhkc_25@outlook.com
408-381-9986
P.O BOX 267,San Lorenzo, CA 94580

**March 19, 2026**                    **Pro Se -*Plaintiff-Appellant***

# <u>NOTICE OF NON-COMPLIANCE WITH NINTH CIRCUIT RULE 30-1.3 REGARDING APPELLEES' EXCERPTS OF RECORD (ER)</u>

Appellant Lianlian Porth appears in this appeal pro se. Under Ninth Circuit Rule 30-1.3, a party proceeding without counsel is not required to file Excerpts of Record. In such circumstances, the appellees represented by counsel must file Supplemental Excerpts of Record.

Accordingly, Appellant hereby notifies the Court that the Excerpts of Record ("ER") submitted by Appellees in connection with Appellant's opening brief and reply do not comply with the applicable rules of this Court.

Appellees' ER has been compiled in a manner that largely fails to conform to the Court's requirements, and, in particular, omits from the timeline the date of the final order of distribution issued by the probate court on December 23, 2022. That order is determinative for understanding the legal nature and procedural posture of this case—this matter does not concern the administration of an estate, but rather concerns property deprivation and related liability arising from Appellees' refusal, as third parties, to comply with a final probate court order.

Appellant is currently conferring with Appellees to request that the ER be fully corrected and supplemented to ensure compliance with the Court's

rules.

If Appellees refuse to cure the foregoing deficiencies, Appellant will

seek appropriate relief from this Court, including filing a motion to require

Appellees to submit a compliant and complete ER.

Respectfully submitted.

**Dated:** March 19, 2026            /s/ *Lianlian Porth*

Appellant, Pro Se LianlianPorth