**Appeal No. 25-5017**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

LIANLIAN PORTH,

*Plaintiff-Appellant*,

v.

PAYWARD, INC. AND PAYWARD VENTURES, INC.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the Northern
District of California in Case No. 3:25-cv-01885
Honorable Vince Chhabria

---

## MOTION TO FILE REPLACEMENT EXCERPTS OF RECORD

---

Kimberly A. Pallen (SBN 288605)
**Withers Bergman LLP**
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone: 415.872.3200

*Attorneys for Defendants-Appellees*
*Payward, Inc. and Payward Ventures, Inc.*

## I.   <u>INTRODUCTION</u>

Pursuant to Circuit Rule 30-1.3 and as instructed by the E-Filing Help Desk, Defendants-Appellees, Payward, Inc. and Payward Ventures, Inc. ("Payward") submit this Motion to File Replacement Excerpts of Record ("Motion"). The proposed Replacement of Excerpts of Record replace Payward's previously filed Excerpts of Record (Dkt. 21), and have been revised to include materials cited by *Pro Se* Plaintiff-Appellant, Lianlian Porth ("Porth") in Porth's Reply Brief (Dkt. 29).

## II.   <u>DISCUSSION</u>

This appeal commenced on August 8, 2025. On November 16, 2025, Porth filed her Opening Brief. (Dkt. 13.) On January 16, 2026, Payward timely filed its Answering Brief (Dkt. 20) and Excerpts of Record (Dkt. 21) which included all the records cited in Porth's Opening Brief and Payward's Answering Brief.

On February 23, 2026, Porth filed her Reply Brief. (Dkt. 28.) The Reply Brief contained citations to records that are not contained in the Excerpts of Record Payward filed with its Answering Brief.

Circuit Rule 30-1.3 provides:

A party proceeding without counsel need not file excerpts. If such a party does not file excerpts, counsel for appellee or respondent must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief.

Thus, pursuant to Circuit Rule 30-1.3, on March 17, 2026, Payward filed a Supplemental Excerpts of Record (Dkt. 31), after consulting telephonically with the Clerk's office to seek guidance. The Supplemental Excerpts of Record include all of the records cited in Porth's Reply Brief that were not contained in the Excerpts of Record. On March 18, 2026, however, Payward's counsel received an email from the U.S. Court of Appeals for the Ninth Circuit, E-Filer Help Desk notifying Payward that the Supplemental Excerpts of Record cannot be processed. The E-Filer Help Desk directed Payward's counsel to file the instant Motion and corrected Excerpts of Record by Monday, March 23, 2026, at 5:00 p.m.

Accordingly, Payward asks the Court to grant the Motion and allow Payward to file a replacement Excerpts of Record.

## III. <u>CONCLUSION</u>

For all these reasons, Payward asks the Court to grant the Motion.

Date: March 23, 2026 **Withers Bergman LLP**

_/s/ Kimberly A. Pallen_
Kimberly A. Pallen
*Attorneys for Defendants-Appellees*
*Payward, Inc. and Payward Ventures,*
*Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 25-5017

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

> **Pro Se Litigant - Service by Electronic Filing and U.S. Mail**
>
> Lianlian Porth, Pro Se Appellant
> P.O. Box 267
> San Lorenzo, California  94580
>
> Email:  Lhkc_25@outlook.com

**Description of Document(s)** *(required for all documents)*:

> 1.  Defendants-Appellees Payward, Inc. and Payward Ventures, Inc.'s Motion to File Replacement Excerpts of Record

**Signature** | */s/ Kimberly Pallen* | **Date** | March 23, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 15** | *Rev. 12/01/2018*